

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 18 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/18/2015**                                                    **COA No. 12-13-00394-CR**
**HAWKINS, RAY JR.**           **Tr. Ct. No. 17626**              **PD-1501-15**

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

> 12TH COURT OF APPEALS CLERK
> PAM ESTES
> 1517 W. FRONT, ROOM 354
> TYLER, TX 75701
> * DELIVERED VIA E-MAIL *